1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felix De Santiago-Chaparro,<br><br>                        Petitioner,<br><br>v.<br><br>USA,<br><br>                        Respondent. | No. CV15-2555 PHX DGC (DKD)<br>No. CR14-1414 PHX DGC<br>**ORDER** |

9
10
11
12
13
14
15
16
17
18
19
20
21

  Petitioner Felix De Santiago-Chaparro has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255.  Doc. 1.  United States Magistrate Judge David K. Duncan has issued a report and recommendation ("R&R") recommending that the motion be denied.  Doc. 6.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and deny the motion as moot.

22
**IT IS ORDERED:**

23
  1.  The R&R (Doc. 6) is **accepted**.

24
  2.  The motion to vacate sentence (Doc. 1) is **denied as moot**.

25
26
  3.  A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

27
28

4.      The Clerk is directed to **terminate** this action.

Dated this 12th day of May, 2016.


_David G. Campbell_
_____
David G. Campbell
United States District Judge